F. CAMPBELL GOOD, Plaintiff, v. AVENTINE CORPORATION, EUGENE SWEETLAND and WALTER J. KLAVUN, Defendants.— Motion for a new trial on exceptions

*Appeal dismissed, 262 N. Y. 646.

pursuant to section 551 of the Civil Practice Act denied, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.